```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 10149
   ANTHONY CHARLES ADDUCI
   JULIE MARIE ADDUCI                       CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9190      SSN XXX-XX-4390

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 03/21/2005 and was confirmed 05/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  41.13%.

     The case was paid in full 03/25/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
ECAST SETTLEMENT CORP    SECURED              400.00         13.53         400.00
CITICORP MORTGAGE CO     CURRENT MORTG      13895.00           .00       13895.00
COUNTRYWIDE HOME LOANS   CURRENT MORTG      53300.18           .00       53300.18
ECAST SETTLEMENT CORP    SECURED              250.00          8.47         250.00
ECAST SETTLEMENT CORP    UNSECURED           1155.52           .00         475.29
HINSDALE BANK & TRUST    SECURED             8565.27        394.99        8565.27
AMERICAN EXPRESS TRAVEL  UNSECURED          16324.50           .00        6714.59
RESURGENT ACQUISITION LL UNSECURED          15714.24           .00        6463.58
ECAST SETTLEMENT CORP    UNSECURED           8500.20           .00        3496.30
ECAST SETTLEMENT CORP    UNSECURED           8807.62           .00        3622.75
ECAST SETTLEMENT CORP    UNSECURED           2216.59           .00         911.73
RESURGENT CAPITAL SERVIC UNSECURED            752.08           .00         309.35
CAPITAL ONE BANK         UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED          16599.49           .00        6827.70
ECAST SETTLEMENT CORP    UNSECURED           8950.24           .00        3681.41
RESURGENT ACQUISITION LL UNSECURED           3816.67           .00        1569.87
CITIBANK                 UNSECURED          NOT FILED          .00            .00
CITY OF OAK PARK         UNSECURED          NOT FILED          .00            .00
COMPREHENSIVE EYECARE PH UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED            923.76           .00         379.96
HOME DEPOT CREDIT SERVIC UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED            674.12           .00         277.28
ECAST SETTLEMENT CORP    UNSECURED           4768.29           .00        1961.29
LENSCRAFTERS             UNSECURED          NOT FILED          .00            .00
MACNEAL MEMORIAL HOSPITA UNSECURED          NOT FILED          .00            .00
MBNA AMERICA             UNSECURED          NOT FILED          .00            .00
MBNA AMERICA             UNSECURED          NOT FILED          .00            .00
MCS                      UNSECURED          NOT FILED          .00            .00
MENARDS                  UNSECURED          NOT FILED          .00            .00
ROUNDUP FUNDING LLC      UNSECURED           9900.27           .00        4072.18
MARSHALL FIELDS          UNSECURED            339.86           .00         139.79
SEARS ROEBUCK & CO       UNSECURED          NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 10149 ANTHONY CHARLES ADDUCI & JULIE MARIE ADDUCI
```

```
ECMC                     UNSECURED        11284.17         .00      4641.40
LVNV FUNDING LLC         UNSECURED         4986.72         .00      2051.14
WELLS FARGO FINANCIAL IL UNSECURED         1176.89         .00       484.08
RESURGENT CAPITAL SERVIC UNSECURED        18402.74         .00      7569.42
ECAST SETTLEMENT CORP    UNSECURED         1611.15         .00       662.70
ECAST SETTLEMENT CORP    UNSECURED           22.08         .00         9.08
ISAC                     UNSECURED        12590.08         .00      5178.55
COUNTRYWIDE HOME LOANS I NOTICE ONLY    NOT FILED          .00          .00
PETER FRANCIS GERACI     DEBTOR ATTY      1,700.00                  1,700.00
TOM VAUGHN               TRUSTEE                                    9,478.36
DEBTOR REFUND            REFUND                                     8,379.49

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                157,884.73

PRIORITY                                            .00
SECURED                                       76,410.45
    INTEREST                                     416.99
UNSECURED                                     61,499.44
ADMINISTRATIVE                                 1,700.00
TRUSTEE COMPENSATION                           9,478.36
DEBTOR REFUND                                  8,379.49
                       ---------------    ---------------
TOTALS                 157,884.73            157,884.73
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 06/26/08           _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                               PAGE   2
          CASE NO. 05 B 10149 ANTHONY CHARLES ADDUCI & JULIE MARIE ADDUCI